## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Jason Hill
                          Plaintiff,

v.                                                    Case No.: 1:22−cv−06990
                                                                Honorable John F. Kness

DePaul University
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2023:

      MINUTE entry before the Honorable John F. Kness: In−person motion hearing held on 7/27/2023. For the reasons stated on the record, Defendant's motion to dismiss [13] is granted in part and denied in part. Count III is dismissed with prejudice, and Count V is dismissed without prejudice. Defendant's motion is denied as to all other Counts. Plaintiff is given until on or before 8/11/2023 to file an amended complaint; any amended complaint must be limited to repleading the original Count V. If Plaintiff elects to amend its pleading in response to the motion to dismiss, then Defendant (unless otherwise ordered) must file either an answer or a renewed motion to dismiss on or before 9/1/2023. As stated on the record, the Court adopts the parties' proposed schedule. Enter scheduling order. The parties' joint motion [31] for entry of a confidentiality order is granted. Enter confidentiality order. A status hearing is set for 9/28/2023 at 09:30 AM. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.