**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JASON HILL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:22-cv-06990 |
| DEPAUL UNIVERSITY, | ) | |
| | ) | Honorable John F. Kness |
| | ) | Honorable Young B. Kim |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, October 26, 2023, at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Young B. Kim or any judge sitting in his stead, in Room 1019 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall present **Defendant DePaul University's First Motion to Compel Complete Interrogatory Answers and Document Production from Plaintiff,** a true and correct copy which is attached hereto and served upon you herewith.

Dated: October 23, 2023

Respectfully submitted,

DEPAUL UNIVERSITY,

By: /s/ Blake A. Roter
 One of Its Attorneys

Rachel E. Bossard (rbossard@burkelaw.com)
Blake A. Roter (broter@burkelaw.com)
Brittany A. Martin (bmartin@burkelaw.com)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
312-840-7000

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that he caused a true and correct copy of the foregoing **Notice of Motion** and **Defendant DePaul University's First Motion to Compel Complete Interrogatory Answers and Document Production from Plaintiff** to be served on all counsel of record via the Court's ECF system on the 23rd of October, 2023.

                        _/s/ Blake A. Roter_