## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jason Hill

                         Plaintiff,

v.                                                         Case No.: 1:22−cv−06990

                                                                Honorable John F. Kness

DePaul University

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 24, 2023:

      MINUTE entry before the Honorable Young B. Kim: Defendant's motion to compel discovery [44] is entered and continued. Appearance on October 26, 2023, is not required to present this motion. Plaintiff is ordered to file a response to the motion by November 3, 2023. Mailed notice (ec )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.