## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jason Hill

          Plaintiff,

v.                                             Case No.: 1:22−cv−06990

                                                      Honorable John F. Kness

DePaul University

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 9, 2023:

      MINUTE entry before the Honorable Young B. Kim: Defendant's motion to compel [44] is granted in part and denied in part. Enter Order. Plaintiff is ordered to comply with this order by November 27, 2023. Defendant is ordered to file its motion for sanctions, if warranted, and for reimbursement of fees it incurred in connection with the filing of the motion to compel (and the motion for sanctions if one is filed) by December 8, 2023. The motion for fees must include the relevant time sheets with privileged information redacted. Parties now have until February 9, 2024, to complete all fact discovery. This deadline will not be extended unless the parties can demonstrate that they have been diligent in their efforts to complete fact discovery. The expert discovery schedule the court entered on July 27, 2023, is stricken. Parties are to file a joint status report by January 19, 2024−−−instead of November 10, 2023−−−advising the court of the following: (1) depositions completed; (2) depositions each side requires and scheduled and confirmed; (3) depositions each side requires but unscheduled; and (4) whether each side plans on retaining any experts. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.