## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jason Hill

       Plaintiff,

v.                 Case No.: 1:22−cv−06990
                  Honorable John F. Kness

DePaul University

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

  MINUTE entry before the Honorable John F. Kness: The deadline for filing any motions for summary judgment remains set for 5/22/2024. Responses to any motions for summary judgment must be filed on or before 6/21/2024, and any replies must be filed on or before 7/8/2024. Accordingly, the 5/23/2024 status hearing is stricken. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.