UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Jason Hill
                    Plaintiff,

v.                                          Case No.: 1:22−cv−06990
                                                        Honorable John F. Kness

DePaul University
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2024:

      MINUTE entry before the Honorable John F. Kness: Before the Court is Defendant's motion [102] to strike Plaintiff's Rule 56.1 statement [91]. As this Court has noted in its standing orders, motions to strike filings are disfavored. *See generally Custom Vehicles, Inc. v. Forest River, Inc.*, 464 F.3d 725, 727 (7th Cir. 2006). Courts are capable of discerning whether a litigant has failed to comply with the requirements of Local Rule 56.1 (governing summary judgment). If a party believes that the other side's brief contains inaccurate facts or that the other side's Local Rule 56.1 statement contains an unsupported assertion, then the complaining party should make that argument in the response or reply brief, or in the responsive 56.1 statement. Accordingly, Defendant's motion to strike [102] Plaintiff's Rule 56.1 statement [91] is denied. The Court lifts the stay on briefing of Defendant's motion to dismiss (Plaintiff's motion for extension of time [89] is now moot). Plaintiff must file its response to Defendant's motion for summary judgment [78] on or before 1/13/2025. Defendant's reply, if any, is due on or before 1/27/2025. The status hearing set for 12/18/2024 is reset to 2/20/2025 at 9:30 A.M. The parties are to use the following call−in number: 1−855−244−8681, Access Code: 2315 003 3696. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.